1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:      415/981-9788
Facsimile:      415/981-9798
Email:          RogersRMR@yahoo.com

Attorneys for Plaintiff
**REBEKAH SPATES**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH SPATES,<br><br>         Plaintiff,<br><br>   v.<br><br>RECOLOGY SAN FRANCISCO,<br><br>         Defendant. | ) **Case No.:  C11-03981 PJH [ECF]**<br>)<br>) Case filed:         08/12/11<br>) Case reassigned:   10/17/11<br>) Trial date:         TBA<br>)<br>) **STIPULATION TO CONTINUE CASE**<br>) **MANAGEMENT CONFERENCE,**<br>) **[PROPOSED] ORDER**<br>)<br>) Date:         12/01/11<br>) Time:         2:00pm<br>) Location:      Courtroom 3, 3rd Floor<br>) |

CASE NO.  C11-03981 PJH [ECF] -- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, ORDER

SPATES
/CMCRESCH.STIP

1    Plaintiff needs a continuance of the Case Management Conference because Plaintiff's

2  counsel has a vacation scheduled for November 22, 2011, through December 4, 2011.  Tickets

3  were purchased and plans made prior to notice of the Conference.

4    The first date convenient for both counsel is January 26, 2012, and the parties stipulate

5  to continuance of the Case Management Conference from December 1, 2011, at 2:00 p.m., to

6  January 26, 2012, at 2:00 p.m.

7                                                    Respectfully submitted,

8  Dated:  10/27/11                                  LAW OFFICE OF RICHARD M. ROGERS

9

10                                                   By: _____

11                                                         RICHARD M. ROGERS
                                                           Attorneys for Plaintiff

12  Dated:  10/26/11                                 LITTLER MENDELSON

13

14

15                                                   By: _____

16                                                         ROD FLIEGEL
                                                           Attorneys for Defendant

17  It Is So Ordered.

18

19  Dated:  11/1/11                                  By: _____

20                                                         JUDGE OF THE U... ...RICT COURT

21

22

23                                                   IT IS SO ORDERED
                                                     Judge Phyllis J. Hamilton

24

25

26

27

28