1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA 94104
3  Telephone:    415/981-9788
   Facsimile:    415/981-9798
4  Email:        RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   **REBEKAH SPATES**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH SPATES,<br><br>             Plaintiff,<br><br>    v.<br><br>RECOLOGY SAN FRANCISCO,<br><br>             Defendant. | Case No.: C11-03981 PJH<br><br>Case filed:        08/12/11<br>Case reassigned:   10/17/11<br>Trial date:        06/24/13<br><br>**STIPULATION TO DISMISSAL OF ACTION;** [PROPOSED] **ORDER** |

SPATES
/DISMISS.STIP

CASE NO. C11-03981 PJH -- STIPULATION TO DISMISSAL OF ACTION; ORDER

1  Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with
2  prejudice, pursuant to a Settlement Agreement.

3                                                    Respectfully submitted,
4  Dated: 7-12-12                                    LAW OFFICE OF RICHARD M. ROGERS
5
6                                                    By: /s/ Richard M. Rogers
7                                                        RICHARD M. ROGERS
                                                         Attorneys for Plaintiff
8
9  Dated: 7/27/12                                    LITTLER MENDELSON
10
11
12                                                   By: /s/ Rod Fliegel
                                                         ROD FLIEGEL
13                                                       Attorneys for Defendant

14 **IT IS SO ORDERED.**

15
16 Dated: 7/31/12                                    By: /s/ Phyllis J. Hamilton
17                                                       JUDGE U.S. DISTRICT COURT
18
19
20
21
22
23
24
25
26
27
28

ROSS
/DISMISS.STIP

USDC NO. CV09-06107 CW [ECF] -- STIPULATION TO DISMISSAL OF ACTION; ORDER

1